HEATHER E. WILLIAMS, #122664
Federal Defender
CAROLYN M. WIGGIN, Bar #182732
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700
carolyn_wiggin@fd.org

Attorney for Petitioner
GERARDO VILLA, SR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO VILLA, SR., | Case No. 2:14-cv-01849-TLN-CKD (TEMP) |
| Petitioner, | |
| v. | SUBSTITUTION OF ATTORNEY |
| SCOTT FRAUENHEIM, | |
| Respondent. | |

    Petitioner, GERARDO VILLA, SR, hereby moves this Court for an order substituting JOANNE KIRCHNER, Central California Appellate Program (CCAP) 2150 River Plaza Dr., Ste. 300, Sacramento, CA 95833, telephone number (916) 441-3792, jkirchner@capcentral.org; as appointed counsel for the Petitioner in the above-entitled case. The Federal Defender's Office has determined that it is currently unable to continue its representation of Petitioner.  Ms. Kirchner has agreed to represent the Petitioner.

/ / /

/ / /

/ / /

/ / /

/ / /

-1-

Ms. Kirchner is aware of any deadlines in this case. The undersigned is authorized to sign this substitution motion on her behalf.

Dated:  June 22, 2016

Respectfully submitted,

        HEATHER E. WILLIAMS
        Federal Defender

        /s/ Carolyn M. Wiggin
        CAROLYN M. WIGGIN
        Assistant Federal Defender

Dated:  June 22, 2016

        /s/ Joanne Kirchner
        JOANNE KIRCHNER
        Attorney

O R D E R

Pursuant to this Motion for Substitution of Counsel and for the reasons stated therein, IT IS HEREBY ORDERED that JOANNE KIRCHNER, Attorney at Law, shall be substituted in as appointed counsel for Petitioner in place of the Office of the Federal Defender for the Eastern District of California.

Dated:  June 30, 2016

        _____
        CAROLYN K. DELANEY
        UNITED STATES MAGISTRATE JUDGE

/mb;vill1849.sub atty